IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

|  |  |
|---|---|
| VERLYN HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRYWIDE HOME LOANS SERVICING, et al., <br><br> Defendants. | **ORDER** <br><br> Case No. 2:11-cv-0626 <br><br> Judge Clark Waddoups |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Paul Warner under 28 U.S.C. § 636(b)(1)(B). On October 20, 2011, Judge Warner issued a report and recommendation (R&R) regarding Defendants' motion to dismiss. (Dkt. No. 7). Because Plaintiff has failed to file both an opposition to Defendants' motion to dismiss and an objection to the R&R within 14 days, the court APPROVES AND ADOPTS the Magistrate Judge's R&R in its entirety. The court will not sustain a case for a disinterested Plaintiff. Defendants' motion to dismiss is GRANTED. (Dkt. No. 7.) Plaintiff's action is DISMISSED. Any lis pendens filed in connection with this action is hereby ordered to be released from the public record, per the Magistrate Judge's R&R. *See* (R&R, 3.)

SO ORDERED, this 9th day of February, 2012.

BY THE COURT:

Clark Waddoups
United States District Court Judge

1